UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **PAMELA LEMONS,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 4:15-cv-00368-VEH |
| UNITED CREDIT SPECIALIST RECOVERY; GUIDIVILLE RANCHERIA OF CALIFORNIA; MICHAEL DERRY; JEFF WINTERS; JOEY CAPO; and DOE 1-5, | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT AS TO JOEY CAPO

**NOTICE IS HEREBY GIVEN** that plaintiff Pamela Lemons and defendant Joey Capo have reached a settlement in the above-captioned case.  Plaintiff expects the settlement to be consummated by October 23, 2015.  Plaintiff will continue to prosecute her case against defendants UNITED CREDIT SPECIALIST RECOVERY , GUIDEVILLE INDIAN RANCHERIA, MICHAEL DERRY, and JEFF WINTERS.

Date:  September 24, 2015

                                         s/ Robert Amador
                                         ROBERT AMADOR, ESQ.
                                         Attorney for Plaintiff PAMELA LEMONS
                                         Centennial Law Offices
                                         9452 Telephone Rd. 156
                                         Ventura, CA. 93004
                                         (888)308-1119 ext. 11

(888)535-8267 fax  
R.Amador@centenniallawoffices.com

## **CERTIFICATE OF SERVICE**

I certify that on this date, September 24, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court using the CM/ECF system and I hereby certify that I mailed a copy of the foregoing, First Class U.S. Mail, to the following non-CM/ECF party:

JOEY CAPO
38 E. Ridgewood Ave. # 395
Ridgewood, NJ 07450

 s/ Robert Amador
 ROBERT AMADOR, ESQ.
 Attorney for Plaintiff PAMELA LEMONS
 Centennial Law Offices
 9452 Telephone Rd. 156
 Ventura, CA. 93004
 (888)308-1119 ext. 11
 (888)535-8267 fax
 R.Amador@centenniallawoffices.com