FILED
2016 Apr-04  PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| PAMELA LEMONS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 4:15-cv-00368-VEH |
| UNITED CREDIT SPECIALIST RECOVERY; GUIDIVILLE RANCHERIA OF CALIFORNIA; MICHAEL DERRY; JEFF WINTERS; JOEY CAPO; and DOE 1-5, | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that plaintiff Pamela Lemons and defendants GUIDIVILLE RANCHERIA OF CALIFORNIA and MICHAEL DERRY have reached a settlement in the above-captioned case. Plaintiff expects the settlement to be consummated by April 8, 2016, at which time Plaintiff expects to file a voluntary dismissal of the entire action.

Date:  April 4, 2016

        s/ Robert Amador
        ROBERT AMADOR, ESQ.
        Attorney for Plaintiff PAMELA LEMONS
        Centennial Law Offices
        9452 Telephone Rd. 156
        Ventura, CA. 93004
        (888)308-1119 ext. 11
        (888)535-8267 fax
        R.Amador@centenniallawoffices.com

## CERTIFICATE OF SERVICE

I certify that on this date, April 4, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties receiving ECF notices:

GUIDIVILLE RANCHERIA OF CALIFORNIA
401B Talmage RD
Ukiah, California 95482

MICHAEL DERRY
401B Talmage RD
Ukiah, California 95482


                                            s/ Robert Amador
                                            ROBERT AMADOR, ESQ.
                                            Attorney for Plaintiff PAMELA LEMONS
                                            Centennial Law Offices
                                            9452 Telephone Rd. 156
                                            Ventura, CA. 93004
                                            (888)308-1119 ext. 11
                                            (888)535-8267 fax
                                            R.Amador@centenniallawoffices.com