FILED
2016 Apr-07  PM 07:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| PAMELA LEMONS,                )<br>                                               )<br>      Plaintiff,                     )<br>                                               )<br>v.                                           )<br>                                               )<br>UNITED CREDIT SPECIALIST    )<br>RECOVERY;                           )<br>GUIDIVILLE RANCHERIA OF   )<br>CALIFORNIA;                         )<br>MICHAEL DERRY;                   )<br>JEFF WINTERS;                      )<br>JOEY CAPO; and                    )<br>DOE 1-5,                                )<br>                                               )<br>      Defendants.                   )<br>                                               )<br>_____)  | Civil Action No. 4:15-cv-00368-VEH |

### STIPULATION TO DISMISS ENTIRE ACTION

The parties to this stipulation agree that the entire action against all defendants be dismissed with prejudice and without costs to any party.

Date:  April 7, 2016

/s/ Robert Amador
ROBERT AMADOR, ESQ.
Attorney for Plaintiff PAMELA LEMONS
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888)535-8267 fax
R.Amador@centenniallawoffices.com

/s/ Thomas H. Christopher
Thomas H. Christopher, Esq.
AL Bar No. ASB-1265-051T
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4528
Telephone: (404) 815 6385
Fax: (404) 541-3155
tchristopher@kilpatricktownsend.com

/s/Steffani A. Cochran

Steffani A. Cochran, Esq.
CROWELL LAW OFFICES-TRIBAL
ADVOCACY GROUP
PMB #536
7 Avenida Vista Grande, B-7
Santa Fe, NM 87508
Tel: (505) 470-9522
Email: steffanicochran@clotag.net

Attorneys for Defendants
Guidiville Rancheria of California
and Michael Derry