FILED
2016 Apr-08  PM 01:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| PAMELA LEMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACCREDITED COLLECTION )<br>AGENCY, INC., et al, )<br>)<br>Defendants. ) | Case No.: 4:15-CV-368-VEH |

## ORDER DISMISSING CASE WITH PREJUDICE

All parties hereto have filed a Stipulation To Dismiss Entire Action (doc. 49). The Stipulation states that it is with prejudice. Therefore, the court hereby **ORDERS** that this action and all claims contained herein are hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid. Further, the hearing in this action set for April 12, 2016, is hereby **CANCELLED**.

**DONE** and **ORDERED** this the 8th day of April, 2016.

**VIRGINIA EMERSON HOPKINS**
United States District Judge